HALL v. UNITED STATES RADIATOR CO. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by George Hall against the United States Radiator Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

HALLWOOD CASH REGISTER CO., Appellant, v. HENDRICK, Respondent. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by the Hallwood Cash Register Company against John J. Hendrick. No opinion. Judgment and order unanimously affirmed, with costs.

HAMILTON FIRE INS CO. v. NEW AMSTERDAM GAS CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by the Hamilton Fire Insurance Company against the New Amsterdam Gas Company. No opinion. Motion denied, with $10 costs.

HANDY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Fannie C. Handy, as administratrix, against the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. R. Soley, for respondent.

PER CURIAM. Judgment and order affirmed, on opinion on former appeal. 74 N. Y. Supp. 1079.

McLAUGHLIN, J., dissents.

HARPER, Appellant, v. FREISINGER, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Flora W. S. Harper against Victor Freisinger. J. Fromme for appellant. M. J. Bernheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. FT. MILLER PULP & PAPER CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by John C. Harris against the Ft. Miller Pulp & Paper Company and others. No opinion. Judgment unanimously affirmed, with costs.

HARRIS, Appellant, v. MUNICIPAL GAS CO. OF ALBANY, N. Y., Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by William B. Harris against the Municipal Gas Company of Albany, N. Y. No opinion. Judgment unanimously affirmed, with costs.

HERRMAN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Carlotta Herrman against George Herrmann.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the ground that it

appears by the affidavit of the respondent's attorney that the taxation was not opposed by the defendant's attorney, and that statement is not denied.

HERRMANN, Appellant, v. WORTHINGTON, et al., Respondents. (Supreme Court, Appellate Division, Second Department. December, 1903.) Action by Theodore L. Herrmann against Charles C. Worthington and Theodore F. Miller. The following is the opinion of Hamilton Odell, referee: "For reasons stated in the opinion written in the case of Worthington v. Herrmann, 89 App. Div. 627, 88 N. Y. Supp. 76, there must be judgment in this action for the defendants dismissing the complaint. I think that such judgment should be ordered for the further reason that, by operation of the third article of the agreement of April 10, 1899, the plaintiff is estopped from asserting the claims for alleged damages on which he seeks to recover in this action."

PER CURIAM. Judgment affirmed, with costs, on the opinion of Hamilton Odell, referee. Order granting extra allowance affirmed, without costs.

HOOKER, J., dissents.

HEWITT v. HEDDEN et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Loren M. Hewitt against Viner J. Hedden and others.

PER CURIAM. Motion to amend decision denied, with $10 costs.

HISCOCK, J., dissents.

HILLMAN, Respondent, v. AMERICAN CLAY WORKING MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Roscoe A. Hillman against the American Clay Working Machinery Company.

PER CURIAM. Upon the record on appeal, motion papers, and all papers on file in this appeal, and upon the stipulation of respondent's attorney, the judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide the event.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Abraham Hoffman against Ida Hoffman. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOLLANDS et al. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) In the matter of the judicial settlement of the accounts of William Hollands, as administrator, and Elizabeth Thomas, as administratrix, etc., of John I. Winne, deceased.

PER CURIAM. Memorandum filed January 6, 1904, amended, so as to read as follows: "Decree unanimously affirmed, with one bill of costs, payable out of the estate, to respondents Hollands and Thomas as administrators, Alida Cadby, Mary Gary and Julia Mitchell, and Ammon F. Winne, including printing disbursements of such respondents severally."